## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATIE LAPP,<br>**Plaintiff** | : | No. 3:25-CV-0243 |
| | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT | : | |
| OF CORRECTIONS, *et al.*, | : | |
| **Defendants** | : | |

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS**

**ORDERED THAT**:

1. Defendants' unopposed motion (Doc. 36) for summary judgment under Federal Rule of Civil Procedure 56 is **GRANTED**.

2. The Clerk of Court is directed to enter judgment in favor of defendants Laurel Harry and Ulli Klemm and against plaintiff Katie Lapp as to all Section 1983 claims under the First Amendment's Free Exercise Clause and the Religious Land Use and Institutionalized Persons Act of 2000 (RLUIPA).

3. The Clerk of Court is further directed to CLOSE this case.

Date: 3/4/26

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court